ORDERED RESPONSE

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

DEC 04 2018

BY _____ ARTHUR JOHNSTON _____ DEPUTY

1. By refusing Me adequate And Procedral Emergency Medical Attention, I am Entitled to by their Standard Operation Procedure and united States Constitution; On or around December 8th 2017 I was denied Complete and Proper Emergency Medical Treatment As the Centurian Healthcare Services demands it's employees to enforce by its employee's Cruel Neglect and deliberate Refusal to Provide Me Treatment After I was Brutally And visciously Gang Assaulted.

Also on or around December 13th 2017 After I returned from the University of Mississippi Medical Center (UMMC), This Same Doctor which is employed by Centurian HealthCare Services, deliberately. Cruelly and Neglctfully failed to remove an instrument left lodge inside my vein by (UMMC) but sent me back to a Dormatury with this instrument still planted in My vein. And, it's the employer which employs the Employees which Did NOT Ensure & enforce Me to be brought to the Clinic and administered Narcotic Medications (Tylenol 3 w/codene) As Prescribed by the Doctor, For Injuries Sustained in My Assault to combat the excruciating Pain.

Centurian Health Care Services is the Employer who is responsible for the treatment of inadequate and inconciderate Care Services Provided by its employees, which are the Drs and Nurses whom applies Medical Care to the Residents of the Central Mississippi Correctional Facility (CMCF). THerefore By the Multiple Deliberate Indifferences and inflictions Of wanton Pain & Cruel & unusal Punishments administered by their EMPLOYEES with no reprermand, then

are responsible in their official compacity.

2. Dr frazier violated my rights by not Providing Emergency adequate, Proper, and considerate medical ATTENTION, As Protocol states by his Provider he is employed by in their (SOPs) And cruelly & deliberately denied me Proper Prescription Medication and Health Care services. In lamens' light of my injuries Sustained and Disfigured face and swollen Head. Dr. Frozier's address is AT THE CMCF's ADDRESS site. He works AT THE Central MS correctional facility.

3. Dr. frazier, explained in Question #2 above.

Nurse Jane Doe, An old Black lady who did my body chart and informed the Dr on Duty on or Around December 8th 2017 of my immediate need of Stitches and offsite treatment And allowed the Dr (really old shaking Hands white men) to cruelly and unlawfully in my condition which their Protocol enforced off-site treatment.

A Dr. John Doe (really old white Man with shaky hands). He denied me Emergency Medical attention on or Around December 8th 2017 And he is the same Dr whom Neglectfully left the I.V Instrument inside my ven that the (UMMC) neglectfully left; In which Nurse Robinson remove Professional a day later.

Officer Lieutenant Jane Evans and Lieutenant Jane Johnson Both Denied me Medical Treatment (emergency) on or Around December 8th 2017 By telling the Doctor the Assault did Not happen that DAY.

Officer Jane (c.c) Doe was The Tower officer whom

Did Not Call For Me Emergency Medical Attention against my Cries and pleas AND horrifying Condition, So I had to Call My Mother on the wall phone.

ALL THESE PEOPLE Are Employed at the Central MS Correctional facility (CMCF) AT THIS Time. I Don't Know Some or any first or last names. So (CMCF) address Might Be GOOD

CMCF Denied Me; due to this facility being the official Compacity of EAch OFFicer.

4. yes, (LT)EVANS and (LT) Johnson both Lieutenants did by forcing Me to Sit in a holding Cell that was NOT Sterile after My ASSAULt With NO Coverings over my wounds (bleeding) On On Around December 8th 2017 after Denial of Emergency Medical Attention after My Assault.

Dr John Doe and Nurse Jane Doe Did so by not treating Me + Sending Me to POPULation without So Much as a band aid to keep My wounds from becoming infected, Ointment or A Proper And Procedural Treatment.

DR John Doe ALSO did so by Forcing Me to Go back to POPULation On On Around December 13th 2017 with the I.V. Instrument still Dangerously lodged in my arm PuttING Me at immediate RISK OF Every AIrBorne Pathogen / Ifectious Disease Known to Mankind.

5 NO.
6 NO.
7 NO.
8 NO.

9 yes, LUietenaNTS JANE EVANS and JANE Johnson told me "I was not going No where And did Not Care if my Mother Called up there". So when I Got To Medical I was Not Seen Properly due to their retaliation from Me involving My Mom & because of CID.

10 NO

11 NO

Mr. Kendrick Montee Jonett

Read John 11:28–44 ✦ Psalm 102

*When Jesus saw her weeping, . . . He was deeply moved in His spirit and greatly troubled. John 11:33*

## The One Who Weeps with Us

The grief of losing a loved one cannot be adequately expressed with human words or trite phrases. The sadness cannot be sufficiently or successfully treated with drugs or alcohol. It may fade in intensity, but it never really goes away completely.

"Jesus wept." Moved with deep compassion by the tears of His friends Mary and Martha, Jesus' sympathy overwhelms Him as He is "deeply moved in His spirit and greatly troubled." See how our Lord grieves like we do?

Death always grieves the Lord. When Adam and Eve were found hiding in the Garden, how grieved the Lord's heart must have been! Sin had ushered in death and, because of it, countless tears of grief would be shed, even by Jesus.

But the Lord would not sit idly by and let death win or let the grave have the last word. The last word the Lord would speak would be the Word made flesh suffering the effects of sin by dying on the cross. Then, the Word spoke again by the resurrection, promising all who grieve that, in Christ, grief shall meet its end in Him who promised, "I am the resurrection and the life."

*Lord, when "cross and trial grieve me," remind me that "Christ is near With His cheer; Never will He leave me" (LSB 756:1). Amen.*

## THURSDAY, NOVEMBER 29
—∿—

Read John 10:10–15, 27–30 ✦ Psalm 37:14–40
*I came that they may have life and have it abundantly. John 10:10*

## All Life Is Priceless

Depression has been called the "silent killer," because those who suffer this devastating illness often do so with little or no visible symptoms. Intense internal torment is tearing them apart, but they hide it well. Overwhelmed by hopelessness and helplessness, some see suicide as the only way to relieve the emotional anguish.

Jesus' promise shines a bright light into the darkness of depression. The Good Shepherd lays down His life for all. By His suffering on the cross, He shows the depressed person and all of us that we are worth every second of pain He willingly suffered.

If you are deep in the pit of despair, call on Jesus to lift you up and surround you with His love. His victory over death is His promise that one day, the disease of depression will be destroyed in the resurrection of all flesh and it will never again harm you. You have been redeemed not with silver or gold but with the holy, precious blood of Jesus, who loves you so much. In Him, you have abundant life now and eternally in heaven.

*"Lord, be our light when worldly darkness veils us; . . .*
*And in the day when hell itself assails us,*
*Grant us Your peace" (LSB 659:3). Amen.*